# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 14-cv-01313-WJM

ANTHONY MARQUEZ,

    Applicant,

v.

RICK LINE, Warden, Arkansas Valley Corr. Fac., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a); all previous Orders entered in this case, and the Order Denying Application For Writ Of *Habeas Corpus*, entered by the Honorable William J. Martínez, United States District Judge on December 12, 2014, it is

**ORDERED** that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) is DENIED and this case is DISMISSED WITH PREJUDICE. It is

**FURTHER ORDERED** that there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

Dated at Denver, Colorado this  15th  day of December 2014.

                                          BY THE COURT:
                                          JEFFREY P. COLWELL, CLERK


                                          By:   Deborah Hansen
                                          Deborah Hansen, Deputy Clerk