## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Case No. 14-cv-01313-WJM

ANTHONY MARQUEZ,

    Applicant,

v.

RICK LINE, Warden, Arkansas Valley Corr. Fac., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DENYING LEAVE TO PROCEED ON APPEAL
## PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

Martínez, Judge

    Applicant has filed *pro se* a notice of appeal (ECF No. 25), a motion to proceed *in forma pauperis* on appeal (ECF No. 26), and an application for a certificate of appealability (ECF No. 27). The court has examined the motion and the file and finds that the motion to proceed in forma pauperis is deficient for the following reasons:

| | |
|---|---|
| ____ | is missing affidavit |
| ____ | affidavit is incomplete |
| ____ | affidavit is not notarized or is not properly notarized |
| ____ | affidavit is missing required financial information |
| ____ | is missing certified copy of prisoner's trust fund statement for the 6 month period immediately preceding this filing |
| ____ | is missing certificate showing current balance in prison account |
| ____ | is missing an original signature by the prisoner |
| X | is not on proper form (must use the court's current form) |

\_\_\_\_\_   other   _____

Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* on appeal (ECF No. 26) is denied without prejudice because the motion is deficient. A new motion may be filed in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that the application for certificate of appealability (ECF No. 27) is denied.

Dated this 13th day of January, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge